**[8ogexten]** [Order Granting Motion for Extension]

ORDERED.

**Dated: July 13, 2016**

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 8:16−bk−05548−KRM
                                                                         Chapter 13

Sandra L Champion


_____Debtor*_____/

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE
SCHEDULES OR PROVIDE REQUIRED INFORMATION

    THIS CASE came on for consideration, without a hearing, on the Motion for Extension of Time to File Schedules or Provide Required Information ("Motion") by the Debtor . The Court reviewed the Motion and finds that the Motion should be granted.

    Accordingly, it is

    **ORDERED:**

    1. The Motion for Extension of Time to File Schedules or Provide Required Information is hereby, granted.

    2. The time to file Schedules or Provide Required Information is hereby extended to July 26, 2016 .

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.