**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

                                               Case No.: 8:16-bk-05548-KRM

Sandra L Champion                      Chapter 13

      Debtor.
_____/

**NOTICE OF CONVERSION FROM**
**CHAPTER 13 TO A CASE UNDER CHAPTER 7**

Debtor, Sandra L Champion (the "Debtor"), by and through her undersigned counsel, gives notice that this case, originally filed under Chapter 13, is now converted to a case under Chapter 7 of the U.S. Bankruptcy Code.

1. The Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on June 28, 2016.

2. The Debtor is qualified to file for an Order for Relief under Chapter 7 of the Bankruptcy Code.

3. Pursuant to 11 USC 1307(a), a case may be converted, as a matter of right, at any time. Pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure the date of filing this notice with the Clerk of the U.S. Bankruptcy Court is deemed to be the date of the conversion order.

Dated: <u>July 20, 2016</u>

                                                /s/ *James W. Elliott*
                                                James W. Elliott, Esq.
                                                Florida Bar No. 0040961
                                                james@mcintyrefirm.com
                                                McIntyre Thanasides Bringgold
                                                    Elliott Grimaldi & Guito, P.A.
                                                500 E. Kennedy Blvd., Suite 200

Tampa, Florida  33602
Phone:     (813) 223-0000
Facsimile:  (813) 899-6069
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of July, 2016, a true and correct copy of the Notice of Conversion from Chapter 13 to a Case Under Chapter 7 was electronically filed and served via the Court's CM/ECF system and/or U.S. Mail to:  **Kelly Remick,** Chapter 13 Trustee, P.O. Box 6099, Sun City Center, Florida 33571; **Debtor**, Sandra L Champion, 8245 River Country Drive, Spring Hill FL 34607-2137**; U.S. Trustee, United States Trustee**, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602.

/s/ *James W. Elliott*
Attorney