UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SANDRA L. CHAMPION,                              Case No. 8:16-bk-05548-KRM

        Debtor.                                Chapter 7

_____/

**MOTION TO COMPEL CHAPTER 7 DEBTOR
TO FILE SCHEDULES AND REQUEST THAT THE COURT
REFRAIN FROM DISMISSING THIS CASE FOR FILING DEFICIENCIES**

Creditor RREF RB SBL-FL, LLC ("RREF"), by and through its undersigned counsel, moves for an order compelling the Chapter 7 debtor to file her bankruptcy schedules and requests that the Court refrain from dismissing this case for filing deficiencies, and in support would show the Court as follows:

1.      The Debtor initially filed for Chapter 13 relief on June 28, 2016.

2.      On July 13, 2016, the Court granted the Debtor's motion to extend the deadline to file schedules or provide required information through July 26, 2016.

3.      On July 20, 2016, the Debtor filed a notice of conversion to Chapter 7, but as of the date of this motion the Debtor has still not cured the filing deficiencies, which include the Debtor's bankruptcy schedules and statement of financial affairs.  RREF is the only creditor listed on the mailing list attached to the Debtor's petition, and believes that the dismissal of this case based upon the Debtor's filing deficiencies would not be in the best interests of creditors. Thus, RREF requests that the Court require the Debtor to file her bankruptcy schedules and other required information, and further requests that the Court refrain from dismissing this case for filing deficiencies until after a hearing can be held on this motion.

{M1206964.1}

WHEREFORE, RREF respectfully requests that the Court enter an order compelling the Debtor to file her bankruptcy schedules and other required information, refrain from dismissing this case until RREF's motion can be heard, and grant such further relief as deemed just and proper.

Respectfully submitted,

JONES WALKER LLP
  *Attorneys for RREF RB SBL-FL, LLC*
201 Biscayne Blvd., Suite 2600
Miami, Florida 33131
Email:  *sdrobny@joneswalker.com*
Telephone:  (305) 679-5700
Facsimile:  (305) 679-5710

By:   */s/ Stephen P. Drobny*
        Stephen P. Drobny
        Florida Bar No. 55732

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties receiving notice electronically via ECF on July 27, 2016.

        */s/ Stephen P. Drobny*
        Stephen P. Drobny

{M1206964.1}