[813N3417][Notice of Conversion to Chapter 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                           Case No. 8:16−bk−05548−KRM
                                                                                                 Chapter 7
Sandra L Champion
18329 Lansford Dr.
Hudson, FL 34667

_____Debtor*_____/

NOTICE OF CONVERSION OF CASE TO CHAPTER 7

   THIS CASE came on for consideration upon the Motion/Notice to Convert filed by the Debtor on July 20, 2016 . The Court having considered the record, entered an Order Governing Procedures After Conversion to Chapter 7 Case. Pursuant to Fed. R. Bankr. P. 2002(a), the Clerk shall give notice of the following:

   1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for August 24, 2016 at 09:30 AM in Room 100−C, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602 at which time the Debtor and the attorney of record shall appear in person. The 341 meeting may be adjourned from time to time without further written notice.

   2. The U.S. Trustee has appointed the Interim Trustee:

Traci K. Stevenson
P O Box 86690
Madeira Beach, FL 33738

   3. CLAIMS − The Court has set the "Deadline to File a Proof of Claim" as November 22, 2016 . A Proof of Claim is a signed statement describing a creditor's claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" provided above, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the Debtor. Claims should be filed on a form officially prescribed for a Proof of Claim. A Proof of Claim form (Official Form B 410) may be filed online at the Court's website at www.flmb.uscourts.gov or can be obtained at the United States Courts website (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. Copies of supporting documents such as statements of account, invoices, ledger cards, etc. should be attached to the Proof of Claim form. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

   4. October 24, 2016 , is fixed as the last day for filing a complaint objecting to the discharge of the Debtor and for filing a complaint to determine the dischargeability of debts under 11 U.S.C. 523(c). If no objection to the discharge of the Debtor is filed on or before the last day fixed as stated above, the Debtor will be granted a discharge. If no complaint to determine the dischargeability of the debt under Bankruptcy Code § 523(c) is filed within the time fixed as stated above, the debt may be discharged.

|  |  |
|---|---|
| DATED July 28, 2016 | FOR THE COURT<br>Lee Ann Bennett , Clerk of Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 |

   *All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.