UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                          Case no. 8:16-bk-5548

SARNDRA L. CHAMPION

    Debtor.

_____/

**DEBTOR'S RESPONSE AND LIMITED OBJECTION TO TRUSTEE'S
MOTION TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE**

Debtor, Sandra L. Champion, by and through her undersigned counsel, files this Response and Limited Objection to Chapter 7 Trustee's Motion to Compel Turnover of Property of the Estate and states:

1.      Debtor filed a voluntary Chapter 13 petition on June 28, 2016, and converted the case to Chapter 7 on July 20, 2016.

2.      On December 14, 2016, Trustee filed a Motion to Compel Turnover of Property of the Estate (Doc. 54).

3.      On December 28, 2016, Debtor amended certain exemptions.  Debtor further claimed certain personal property exempt under Fla. Const. art. X, §4(a)(2) or, held in tenancy by the entireties, and exempt under 11 U.S.C. §522(b)(3)(B).  Further, the Debtor exempted her retirement accounts under F.S. §222.21(2), and her life insurance under F.S. §222.13 (*see* Debtor's Amended Schedules Doc. No. 56).

4.   While Debtor objects to the turnover of any exempt assets, as more fully set forth in Debtor's Amended Schedules (Doc. 56), Debtor does not object to turning over documents that facilitate the Trustee's analysis of the claimed exemptions.

WHEREFORE, the Debtor respectfully requests that Trustee's Motion to Compel Turnover Property of the Estate be denied to the extent that it seeks the turnover of assets that have been exempted by the Debtor.

DATED:   January 16, 2017

Respectfully submitted,

/s/James W. Elliot
James W. Elliott, Esquire
Florida Bar No.: 0040961
james@mcintyrefirm.com
McIntyre Thanasides Bringgold
        Elliott Grimaldi & Guito, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, Florida 33602
Phone: (813)223-0000
Fax:  (813)899-6069
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 16th day of January 2017, a true and correct copy of the Debtor's Response and Limited Objection to Trustee's Motion To Compel Turnover Of Property Of The Estate was electronically filed and served via the Court's CM/ECF system and/or via U.S. Mail to the following:

| Traci K. Stevenson, Trustee: <br> tks@trustesolutions.net; <br> alishamariehall@gmail.com; tafllc@verizon.net | Traci K. Stevenson, Attorney for Trustee: <br> tstevenson@tampabay.rr.com |
|---|---|
| Stephen P. Drobny <br> Jones Walker <br> sdrobny@joneswalker.com; <br> tsnow@joneswalker.comp <br> jmagallanes@joneswalker.com; <br> jmaddox@joneswalker.com; <br> rbuckmann@joneswalker.com; <br> mvelapoldi@joneswalker.com | Dustin D. Deese and James W. Elliott <br> McIntyre Thanasides <br> 500 E. Kennedy Blvd., Suite 200 <br> Tampa, FL 33602 <br> Dustin@mcintyrefirm.com; <br> James@mcintyrefirm.com <br> Aliana@mcintyrefirm.com; <br> cposs@mcintyrefirm.com |

| | |
|---|---|
| Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE Second Avenue, Ste 1120<br>Miami, FL 33131-1605 | Sandra L. Champion<br>18329 Lansford Drive<br>Hudson, FL 34667-0000 |
| United States Trustee – TPA 7/13<br>USTPRegion21.TP.ECF@USDOJ.GOV | David B. McEwen, Attorney for Trustee<br>David B. McEwen, P.A.<br>111 Second Ave. NE, #306<br>St. Petersburg, FL 33701-3444 |

/s/James W. Elliott